IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 08-80076M CW |
|     Plaintiff, | ORDER RETURNING COMPLAINT TO PLAINTIFF |
|   v. | |
| DANNY FOSTER, ET AL., | |
|     Defendants. | |

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff submits a complaint that is

> related to any of the following matters:
> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
> (3) a court order for the defendants to be subjected to a lie detector test;
> (4) covert terrorism
> it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief.

The Court has reviewed the instant complaint, C 08-80076M, which alleges conspiracy to suppress mineral leases and divert crude oil royalties and mineral proceeds "after covertly fencing [sic] murderous acts against the Plaintiff and his co-heirs." Plaintiff

demands that "Defendants should be, lie detector tested, for their involvement in this, pre- and post-09/11/01 covert terrorism against the Plaintiff." The Court finds that the proposed complaint fails to state any causes of action. Furthermore, the proposed complaint refers to terrorism against Plaintiff, his family, his "network" and other citizens and tourists. Because the complaint concerns one or more of the matters mentioned in the pre-filing order and because it does not contain intelligible factual allegations or cognizable claims for relief, the Clerk of the Court is ordered not to file it. The Clerk of the Court is further ordered not to file the submitted application to proceed in forma pauperis (IFP). Instead, the complaint and IFP application shall be returned to Plaintiff.

IT IS SO ORDERED.

DATED: 4/28/08

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

v.

DANNY FOSTER et al,

        Defendant.

Case Number: CV08-80076 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: April 28, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk